# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LASHAWNNA AIKENS,<br><br>    Plaintiff,<br><br>v.<br><br>DNA DIAGNOSTIC CENTER,<br><br>    Defendant. | Civil Action No. 18-700<br><br>Judge Cathy Bissoon<br>Magistrate Judge Cynthia Reed Eddy |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On June 4, 2018, the Magistrate Judge issued an Order (Doc. 2) granting Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. 1) and directing that Plaintiff's Complaint be filed. On June 6, 2018, the Magistrate Judge issued a Report and Recommendation (Doc. 5) recommending that the Complaint (Doc. 3) be dismissed with prejudice prior to service under 28 U.S.C. § 1915(e)(2) because the action is legally frivolous. Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in this case, together with the Report and Recommendation, it hereby is **ORDERED** that: Plaintiff's Motion for Leave to Proceed in Forma Pauperis (**Doc. 1**) is **GRANTED**; this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e); and the Magistrate Judge's Report and Recommendation (Doc. 5) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

September 18, 2018                      s\Cathy Bissoon
                                                 Cathy Bissoon
                                                 United States District Judge

cc (via First-Class U.S. Mail):

Lashawnna Veronica Aikens
406 Short Canal
Sharpsburg, PA 15215